Form plncf13 – ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  23−11077−JNP
        Chapter:  13
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Hector M Sanchez Jr. | Elisabet A Sanchez |
| 48 North Railroad Avenue | aka Elisabet Aurora Sanchez, aka Elisabet |
| Pedricktown, NJ 08067 | A. Maldonado, aka Elisabet A Ortiz |
| | 48 North Railroad Avenue |
| | Pedricktown, NJ 08067 |

Social Security No.:
  xxx−xx−2791                                           xxx−xx−7609
Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 2, 2023.

Dated: August 2, 2023
JAN: as

                                                                                  Jeanne Naughton
                                                                                  Clerk